No. 804. WHITE v. HARRISBURG. January 12, 1942. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis*, denied. *Caroline White, pro se.*

No. 98. OUGHTON ET AL. v. NATIONAL LABOR RELATIONS BOARD; and

No. 170. GIBBS ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. January 12, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles A. Wolfe* for petitioners in No. 98; and *Mr. Franklin S. Edmonds* for petitioners in No. 170. *Solicitor General Biddle* and *Messrs. Warner W. Gardner, Robert B. Watts,* and *Laurence A. Knapp* for respondents.

No. 733. FRIEDMAN v. UNITED STATES. January 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. John H. Burnett* for petitioner. *Solicitor General Fahy* and *Messrs. J. Louis Monarch, Gordon B. Tweedy,* and *Earl C. Crouter* for the United States.

No. 781. ROYAL INDEMNITY Co. v. UNITED STATES. January 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Chas. I. Dawson* for petitioner. *Solicitor General Fahy, Assistant Attor-*